UNITED BAKING COMPANY, INC., Respondent, v. BAKERY & CONFECTIONERY WORKERS' UNION, LOCAL 221, Defendant, Appellant. NEW YORK STATE LABOR RELATIONS BOARD, Intervenor, Appellant.— Motion to modify decision so as to read "Orders affirmed, with costs," granted. [See ante, p. 501.] Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Application of CARL F. McKINNEY, Petitioner, Respondent, for a Prohibition Order against EDWARD L. HAMILTON, as Justice of the Peace of the Town of Brunswick, Rensselaer County, New York, and as a Magistrate in a Court of Special Sessions in and for the Town of Brunswick, Rensselaer County, New York, Appellant, and JOHN DUNHAM and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Bliss, Heffernan and Foster, JJ.

In the Matter of the Application of EUREKA PRODUCTIONS, INC., Petitioner, for an Order Pursuant to Article 78 of the Civil Practice Act, against THOMAS J. MANGAN and Others, Constituting the Regents of the University of the State of New York, Respondents.— Review of a determination under article 78 of the Civil Practice Act, made by the Regents of the State, refusing a license for the exhibition of a motion picture entitled "Ecstasy." Determination unanimously confirmed, with fifty dollars costs and disbursements. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.